

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2021

No. 04-21-00235-CV

**IN RE** Peter B. **FLORES**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED. This order replaces this court's June 9, 2021 administrative order.

It is so **ORDERED** on June 23, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021CI06812 pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.